# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Captain Robby L. WILLIAMS
### United States Air Force

## ACM 38603

## 17 December 2014

Sentence adjudged 24 March 2014 by GCM convened at Shaw Air Force Base, South Carolina. Military Judge: William C. Muldoon (sitting alone).

Approved Sentence: Dismissal and confinement for 4 months.

Appellate Counsel for the Appellant: Major Anthony D. Ortiz.

Appellate Counsel for the United States: Colonel Don M. Christensen.

Before

HECKER, MITCHELL, and BENNETT
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Air Force Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court